IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 3:21-cr-16-KRG-KAP-29 |
| AMANDA WEIDNER, | : |
| Defendant | : |

## Memorandum Order

After the hearing today, it is ordered that upon notice that there is an available bed in an inpatient program approved by Pretrial Services, including a dual diagnosis inpatient program, the defendant shall execute all releases and take all actions necessary for her relevant medical records to be released to the program and for Pretrial Services to monitor her compliance with the treatment program at that facility. When those steps are complete, it is further

ORDERED that the defendant shall be released from the Cambria County Prison directly to the inpatient program. This order shall act as a release order and authority to transport.

When and if successful completion of the inpatient program is imminent, counsel for the defendant shall submit a proposed release plan that takes into account any outpatient aftercare program. A status conference shall be scheduled with counsel prior to the completion date to address any changes to the conditions of release made necessary by any aftercare program.

Failure to successfully complete the inpatient program is deemed a violation of this order, and without need to apply for further order shall be sanctioned by arrest and detention in the Cambria County Prison or other facility used by the United States Marshal until further order of court.

DATE: September 14, 2022

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

counsel of record, Pretrial Services, United States Marshal Service